JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., | Case No. CV 19-9209-GW-RAOx |
| Plaintiff, | **ORDER RE: STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT** |
| vs. | |
| DART GLOBAL LOGISTICS (PRIVATE) LIMITED; ZHEJIANG SUNMARR INTERNATIONAL TRANSPORTATION CO., LTD.; and DOES 1 through 20, | |
| Defendants. | |
| DART GLOBAL LOGISTICS (PRIVATE) LIMITED, | |
| Crossclaimant, | |
| vs. | |
| ZHEJIANG SUNMARR INTERNATIONAL | |

[PROPOSED] ORDER

| | |
|---|---|
| TRANSPORTATION CO., LTD., | ) |
| | ) |
| Crossdefendant. | ) |
| | ) |
| DART GLOBAL LOGISTICS (PRIVATE) LIMITED, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SJD DISTRIBUTORS, INC, I LANKA C K METAL (PVT) LTD, SHAOXING SHUNJI METAL CLOTHESHORSE CO., LTD., and ROES 1 to 50, | ) |
| | ) |
| Third-Party Defendants. | ) |

Plaintiff MOL O.S.K. LINE LTD. ("MOL") and defendant/crossdefendant ZHEJIANG SUNMARR INTERNATIONAL TRANSPORTATION CO., LTD ("ZSIT")'s Stipulation to Dismiss Action Without Prejudice and Retain Jurisdiction to Enforce Settlement Agreement and Stipulated Judgment came on for consideration by the Court. The Court, having considered the parties' stipulation, orders the following:

## I. SETTLEMENT

Further to the parties' settlement agreement and under Federal Rule of Civil Procedure 41(a)(2):

    A. The Court dismisses MOL's complaint without prejudice; and

    B. Within seven days of performance in full of the parties' settlement agreement, which performance should occur on or before December 17, 2020, MOL shall dismiss its complaint with prejudice.

## II. COURT'S RETENTION OF JURISDICTION

The Court shall retain jurisdiction to enforce its terms and, if necessary, to enter a stipulated judgment pursuant to the parties' stipulation for entry of judgment. Before filing that stipulation, MOL may then insert the appropriate amount then due, upon which filing and motion for entry of judgment, the Court shall enter judgment.

IT IS SO ORDERED.

Dated: August 3, 2020

_____
HON. GEORGE H. WU,
United States District Judge